UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIKE ELDRIDGE,

              Petitioner,                        19 **CIVIL** 7763 (ALC)(SLC)

    -against-                          **JUDGMENT**

PEOPLE OF THE STATE OF NEW YORK;
SUPERINTENDENT OF ELMIRA
CORRECTIONAL FACILITY,

              Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2023, that for the reasons stated in the Report and Recommendation, the Court denies the petition for a writ of habeas corpus and dismisses this action.

**Dated:**  New York, New York

    February 1, 2023

                                                    **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**

                                                          **Deputy Clerk**